unable to find any evidence sufficient to overcome the action of the collector,. which was presumptively correct. The protest was therefore overruled.

**No. 54936.**—Coro, Inc., et al. *v.* United States, protests 159207–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54937.**—Belfer Corp. et al. *v.* United States, protests 160176–K (A), etc.. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400' the court dismissed the protests.

**No. 54938.**—Dangkai Trading Co. et al. *v.* United States, protests 160838–K,. etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 7, 1950

**No. 54939.**—Wm. Wackenhuth & Son *v.* United States, protest 159359–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D.. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54940.**—Eastrade Industries et al. *v.* United States, protests 160949–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co:, Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D.. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54941.**—J. & H. Baer, Inc., et al. *v.* United States, protests 162952–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as

those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99,. C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54942.**—D. Hauser, Inc. *v.* United States, protest 163455–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54943.**—Van Gelder-Fanto Corp. *v.* United States, protests 134551–K, etc.. (New York).

Opinion by Cole, J. It was stipulated that the merchandise consists of dried brain similar in all material respects to the substance passed upon in *Biological Raw Products Co.* v. *United States* (25 Cust. Ct. 1, C. D. 1253). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54944.**—Van Gelder-Fanto Corp. *v.* United States, protest 140613–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise consists of estro-- genic substances the same in all material respects as that passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10' percent under paragraph 34 was therefore sustained.

**No. 54945.**—Walker Services *v.* United States, protests 151032–K and 151034–K. (Boston).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of wool flocks the same in all material respects as those the subject of *Walker Services* v. *United States* (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.

Before the Second Division, December 7, 1950

**No. 54946.**—Jewel Watch Co. et al. *v.* United States, protests 126243–K, etc. (New York).